UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**ELIZABETH A. FITZGIBBON,**
**Plaintiff,**

**v.** **Case No. 26-CV-23**

**BRYAN KEBERLEIN, et al.,**
**Defendants.**

---

**ELIZABETH A. FITZGIBBON,**
**Plaintiff,**

**v.** **Case No. 26-CV-625**

**BRYAN KEBERLEIN, et al.,**
**Defendants.**

---

**ELIZABETH A. FITZGIBBON,**
**Plaintiff,**

**v.** **Case No. 26-CV-1376**

**BRYAN KEBERLEIN, et al.,**
**Defendants.**

---

## ORDER

---

Elizabeth A. Fitzgibbon, proceeding pro se, filed the three above-entitled actions. Based on the court's review, the actions are related, *see* Civ. L.R. 3(b)(1), and

consolidation is appropriate, *see* Fed. R. Civ. P. 42; Civ. L.R. 42. Accordingly, all filings shall proceed exclusively in the action assigned case number 26-CV-23.

Within **21 days** of this order, if Fitzgibbon wishes to proceed with this action in the district court, she must file a second amended complaint that, consistent with the court's order in 26-CV-23, ECF No. 32, includes all claims against all defendants related to or arising out of Winnebago County Circuit Court case number 2021FA564, to include the loss of her marital settlement agreement, the reconstruction of that document, and all associated proceedings and actions. *See also* Fed. R. Civ. P. 1 (instructing courts to administer Rules "to secure the just, speedy, and inexpensive determination of every action and proceeding"). Accordingly, the amended complaint filed in 26-CV-625, ECF No. 13, and complaint in 26-CV-1376, ECF No. 1, are dismissed without prejudice in favor of consolidation. *See Serlin v. Arthur Andersen & Co.*, 3 F.3d 221, 223 (7th Cir. 1993). The motions pending in 26-CV-625, ECF Nos. 7, 14, are **dismissed as moot**.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 17th day of August, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
U.S. District Judge